IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        Case No 4:13-cr-40023-002

MICHAEL WALKER                                                              DEFENDANT

### ORDER

Before the Court is the Motion to Reconsider Detention Status filed herein by the Defendant MICHAEL WALKER.  ECF No. 137.  The Government opposes this Motion and asks that the Defendant be detained pending a final revocation hearing.  The Motion was referred to the undersigned for decision.  ECF No. 138.  The Court conducted a hearing on February 15, 2023.  ECF No. 140.  At the hearing the Defendant and United States Probation Officer Payton Laney testified.   After considering the testimony and argument of counsel the Court finds as follows:[1]

The Defendant has met his burden of establishing he is not a flight risk or danger to the community by clear and convincing evidence.[2]  Accordingly the Defendant's Motion should be granted and he should be released pending a final revocation hearing.

**IT IS ORDERED** the Defendant's Motion to Reconsider Detention Status (ECF No. 137) is **GRANTED**.  Defendant is ordered released subject to the following conditions:

1.  Defendant shall comply with all conditions of Supervised Release previously imposed. *See* ECF No. 51, pp 3-4.

---

[1] The Court's oral factual findings, as announced on the record at the hearing, are adopted herein.
[2] *See* FED.R.CRIM.P. 32.1.

2.   Defendant shall attempt to resolve any outstanding active arrest warrant for himself from any state, local or Federal entity.  Specifically, but not limited to, the active arrest warrant from state authorities in Cass County, Texas.   Defendant shall keep the United States Probation Office informed of his efforts to resolve any such active arrest warrant.

**SO ORDERED** this **16th day of February 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

2