IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                   Case No 4:13-cr-40023-002

MICHAEL WALKER                                                                              DEFENDANT

## ORDER

Before the Court is the Motion to Amend Conditions of Release filed herein by Defendant MICHAEL WALKER. ECF No. 142. The Government does not oppose this Motion and indicates it will defer to the recommendation of the United States Probation Office. The United States Probation Office does not object to the requested modification. The Motion was referred to the undersigned for decision. ECF No. 143. The Court finds that no hearing is necessary.

**IT IS ORDERED** the Defendant's Motion to Amend Conditions of Release (ECF No. 142) is **GRANTED**. The Court amends Defendant's conditions of release as follows:

1. Defendant shall comply with all conditions of Supervised Release previously imposed. *See* ECF No. 51, pp 3-4, except as modified below.

2. Defendant is allowed to travel outside of the Western District of Arkansas to Little Rock, Arkansas, to attend a Peer Recovery Specialist Program presented by the Arkansas Department of Human Services, from May 8, 2023, until May 12, 2023.

**SO ORDERED** this **26th day of April 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE