AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

MICHAEL JAMES WALKER

Case No.      4:13CR40023-02

USM No.      12124-010

_____
Jessica Yarbrough
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions     Mandatory_____     of the term of supervision as outlined below.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition – New State Law Violation | December 08, 2017 |
| Two | Mandatory Condition – Use of Controlled Substance | June 27, 2023 |
| Three | Mandatory Condition – Use of Controlled Substance | August 30, 2023 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0082

Defendant's Year of Birth:   1969

City and State of Defendant's Residence:
Texarkana, Arkansas

January 25, 2024
_____
Date of Imposition of Judgment

_____
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
_____
Name and Title of Judge

January 29, 2024
_____
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        MICHAEL JAMES WALKER
CASE NUMBER:      4:13CR40023-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Eighteen (18) months with credit for time served in federal custody; No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**Be allowed to take part in drug treatment and be housed at FCI Texarkana.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL